FILED

07 SEP 13 PM 4: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>               ) <br>     Plaintiff,         )<br>               )<br>     v.             )<br>               )<br>PAULINO ESTRADA-SOTO,       )<br>               )<br>     Defendant.        )<br>_____) | Magistrate Case No. 07CR1959-BTM<br><br>ORDER |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Information charging the defendant with being a deported alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b), filed July 26, 2007, before Magistrate Judge Leo S. Papas, be dismissed, without prejudice, as to defendant PAULINO ESTRADA-SOTO.

DATED: 9/13/07

BARBARA L. MAJOR
United States Magistrate Judge